863 A.2d 1140

**James R. GELET, Respondent,**

**v.**

**COMMONWEALTH of Pennsylvania, DEPARTMENT OF TRANSPORTATION, BUREAU OF DRIVER LICENSING, Petitioner.**

Supreme Court of Pennsylvania.

Dec. 28, 2004.

### *ORDER*

PER CURIAM.

**AND NOW,** this 28th day of December 2004, we **GRANT** the Petition for Allowance of Appeal and we **REVERSE** the Order of the Commonwealth Court based on our decision in *Siekierda v. Commonwealth of Pennsylvania, Department of Transportation, Bureau of Driver Licensing,* 580 Pa. 259, 860 A.2d 76 (2004), 172 MAP 2002.